**2009–0909. Beverly v. Roberts.**
Clark App. No. 2008 CA 95, 2009-Ohio-1628. 
 On motion for reconsideration. Motion denied.

**2009–0911. State v. Chavers.**
Wayne App. No. 09CA0012. On
motion for reconsideration. Motion denied.

**2009–1108. State v. Hazel.**
Franklin App. Nos. 08AP–1002 and 08AP–1003, 2009-Ohio-2144. 
 On motion for reconsideration. Motion denied.

**2009–1135. State v. Griffis.**
Muskingum App. No. CT2001–0026. 
On motion for reconsideration. Motion denied.

**2009–1240. State ex rel. Clutter v. Wiseman.**
In Mandamus and Procedendo. On
motion for reconsideration. Motion denied.

**2009–1288. [State ex rel.] Looper v. Ohio State Univ.**
In Mandamus. On motion for
reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*November 19, 2009*

[Cite as *11/19/2009 Case Announcements,* 2009-Ohio-6095.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Logan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. In an entry filed October 23, 2009, the court appointed a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto. Pursuant to that entry,

It is ordered that the parties may commence discovery immediately; written discovery may be served up to seven days from the date of this entry; written discovery shall be answered within 35 days of the date of this entry; and depositions shall be completed within 63 days of the date of this entry. All evidence (including, to the extent possible, an agreed statement of facts) shall be presented in accordance with S.Ct.Prac.R. X(7) and submitted within 100 days of the date of this entry. A briefing schedule will be established by subsequent entry.

CUPP, J., not participating.